IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRSTLINE MANUFACTURING, CORP.,<br><br>Defendant. | Civil Action No.: 4:19-cv-04072<br><br>TRIAL BY JURY DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Symbology Innovations, LLC and Defendant Firstline Manufacturing, Corp., by and through their undersigned counsel, and subject to the approval of this Court, hereby file this Joint Stipulation of Dismissal of all claims against Defendant WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 19, 2022

Of counsel:

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: Howard.Wernow@sswip.com

Respectfully submitted,

KIZZIA JOHNSON PLLC

*/s/ Jay Johnson*
Jay Johnson
KIZZIA JOHNSON PLLC
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
Phone: (214) 451 -0164
Facsimile: (214) 451-0165
jay@kjpllc.com

ATTORNEYS FOR PLAINTIFF

      KILLEEN & STERN, PC

      */s/ Robert J. Killeen, Jr.*
      Robert J. Killeen, Jr.
      Federal Bar No. 12343
      Email: rkilleen@killeen-law.com
      1811 Bering Drive – Suite 120
      Houston, Texas 77057
      Telephone: (713) 626-5100
      Facsimile: (713) 626-4545

      ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 19, 2022, a true and correct copy of the above and foregoing document was served on all counsel of record who is deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served via electronic mail.

      */s/Jay Johnson*
      Jay Johnson