United States District Court
Southern District of Texas
**ENTERED**
January 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, § § Plaintiff, § VS. § FIRSTLINE MANUFACTURING, CORP., § § Defendant. § | CIVIL ACTION NO. 4:19-CV-4072 |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on January 19, 2022 (Doc. No. 17), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a).   Each party will bear its own costs, expenses and attorney's fees.

SIGNED at Houston, Texas, this ___20th___ day of January 2022.

ANDRFEW S. HANEN
UNITED STATES DISTRICT JUDGE